FILED
IN OPEN COURT

DEC 15 2009

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:09CR519 |
| | ) | |
| DAVID ANTONIO AMAYA, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in the Criminal Information and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

1. Beginning in or about July 2009, the exact date being unknown, and continuing thereafter until on or about October 22, 2009, in the Eastern District of Virginia and elsewhere, the defendant, DAVID ANTONIO AMAYA ("AMAYA"), did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown, to unlawfully, knowingly, and intentionally distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

2. From in or about July 2009 through on or about October 22, 2009, in the Eastern District of Virginia, Maryland, and elsewhere, AMAYA and EDWIN SALGUERO ("SALGUERO") obtained multi-ounce and kilogram quantities of cocaine from LUIS SOTO QUINTERO and others for further distribution in furtherance of the conspiracy.

3. From in or about July 2009 through on or about October 22, 2009, in the Eastern District of Virginia, Maryland, and elsewhere, AMAYA and SALGUERO repeatedly engaged in the distribution of multi-ounce and kilogram quantities of cocaine provided by LUIS SOTO QUINTERO and others to numerous customers including VINCENT GARDNER and others in furtherance of the conspiracy.

4. During the course of the conspiracy, AMAYA, SALGUERO, LUIS SOTO QUINTERO and others utilized cellular telephones to discuss cocaine transactions.

5. During the course of and in furtherance of his participation in the conspiracy, the defendant, DAVID ANTONIO AMAYA, was personally involved in the distribution of, or it was reasonably foreseeable to the defendant that the co-conspirators distributed in furtherance of the conspiracy, at least 5 kilograms but less than 15 kilograms of cocaine.

6. The acts taken by the defendant, DAVID ANTONIO AMAYA, in furtherance of the offense charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offense charged in this case nor does it identify all of the persons with whom the defendant may have engaged in illegal activities. The defendant further acknowledges that he is obligated under his plea agreement to provide additional information about this case beyond that which is described in this statement of facts.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
Scott B. Nussbum
Special Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, DAVID ANTONIO AMAYA, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
DAVID ANTONIO AMAYA

I am DAVID ANTONIO AMAYA's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Jerry M. Phillips, Esquire
Attorney for DAVID ANTONIO AMAYA

3